IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MARTIN BOSCO**                                                                                      **PLAINTIFF**

**vs.**                                                    **NO. 2:23-cv-02024-PKH**

**CITY OF FORT SMITH;**
**CARL GEFFKEN, City Administrator;**
**LANCE MCAVOY, Director of Utilities;**
**RICK LOLLEY; Director of Human Resources;**
**All in their official and individual capacities**                                    **DEFENDANTS**

### PLAINTIFF'S MOTION TO DISMISS

Comes now the Plaintiff, by and through counsel, Cox, Sterling, Vandiver & Botteicher,

PLLC, and for his Motion to Dismiss pursuant to Fed. R. Civ. P. 41, states as follows:

1.     Plaintiff filed a Complaint in this matter.

2.     Plaintiff seeks to voluntarily dismiss the Complaint, without prejudice, pursuant

to Fed. R. Civ. P. 41.

**WHEREFORE**, Plaintiff prays that the Complaint be dismissed, without prejudice, and

the Court grant Plaintiff all other proper relief to which he may be entitled.

Respectfully Submitted,

Brian A. Vandiver
Cox, Sterling, Vandiver & Botteicher, PLLC
8201 Cantrell Road, Suite 230
Little Rock, AR 72227
(501) 954-8073 phone
(501) 954-7856 fax
bavandiver@csmfirm.com

By:   Brian A. Vandiver, Ark. Bar No. 2001078
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via the Court's CM/ECF filing System, on this 2nd day of November 2023, as follows:

Douglas M. Carson
Daily & Woods, P.L.L.C.
Post Office Box 1445
Fort Smith, Arkansas 72902-1446
(479) 782-0361
dcarson@dailywoods.com

By: Brian A. Vandiver